# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dameka Danell Burke, | Case No. 2:25-cv-01494-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 1] |
| Frank Bisignano, | |
| Defendant. | |

On August 13, 2025, Plaintiff filed an application to proceed *in forma pauperis* that the Court found was not properly filed. Docket No. 1. *See also* Docket No. 4. On August 18, 2025, Plaintiff filed a renewed, fully complete application to proceed *in forma pauperis*. Docket No. 5. On August 19, 2025, the Court granted Plaintiff's complete application to proceed *in forma pauperis*. Docket No. 7.

Accordingly, Plaintiff's original, improperly filed application to proceed *in forma pauperis* is **DENIED** as moot. Docket No. 1.

IT IS SO ORDERED.

Dated: September 25, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE