UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMEKA DANELL BURKE,<br>    Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>    Defendant. | Case No. 2:25-cv-01494-NJK<br><br>**Order** |

On October 20, 2025, the Court entered an order granting Defendant's unopposed motion to stay the case. Docket No. 13. The Court stayed the case until Congress restored the relevant funds and extended all deadlines commensurate with the duration of the lapse in appropriations. *See id.* Further, the Court ordered the parties to submit a stipulation regarding the deadlines for which they request extension without one week of Congress appropriating the relevant funds. *See id.*

It appears that Congress has since restored the relevant funds. Defendant's counsel filed a notice of appearance on November 13, 2025, *see* Docket No. 14, and Defendant filed the Certified Administrative Record with the Court on the same day. *See* Docket Nos. 15, 16. However, the parties have failed to comply with the Court's order requiring them to file a stipulation regarding the deadlines for which they request extension. *See* Docket.

Accordingly, this case is no longer stayed. The parties are **ORDERED** to submit a stipulation regarding the deadlines for which they request extension by December 5, 2025.

IT IS SO ORDERED.

Dated: November 25, 2025

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge