UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMEKA DANELL BURKE </br></br> Plaintiff, </br></br> v. </br></br> FRANK BISIGNANO, </br>Commissioner of Social Security, </br></br> Defendant. | Case No.: 2:25-cv-01494-NJK </br> ORDER GRANTING </br> STIPULATION REGARDING </br> BRIEFING DEADLINES |

TO THE HONORABLE NANCY J. KOPPE, UNITED STATES MAGISTRATE JUDGE:

Plaintiff Dameka Danell Burke and Defendant Frank Bisignano, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, that the briefing schedule be modified as follows:  Plaintiff

-1-

will file her brief by December 15, 2025. Defendant will file his brief by January 14, 2026. Plaintiff may file any optional reply within 14 days of the service of the Defendant's Brief.

DATE: December 1, 2025   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorney for plaintiff Ms. Dameka Danell Burke

DATE: December 1, 2025   SIGAL CHATTAH
United States Attorney

BY: /s/ *Angela Thornton-Millard*
_____
Angela Thornton-Millard
Special Assistant United States Attorney
Attorneys for defendant Frank Bisignano,
Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

Approved and so ordered:

DATE: December 2, 2025

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

-2-