**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAMEKA DANELL BURKE,

    Plaintiff,

v.

FRANK BISIGNANO,

    Defendant.

Case No. 2:25-cv-01494-NJK

**ORDER**

[Docket No. 25]

Pending before the Court is Plaintiff's motion to recover attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). Docket No. 25.

"Although Plaintiff's fee request is not opposed, the Court has an independent obligation to review the reasonableness of the fee award." *Candy R. v. Bisignano*, 2025 WL 3173894, at *1 (D. Nev. Nov. 12, 2025) (collecting cases). Fees awarded under the EAJA are determined based on the lodestar approach, except that the hourly rates are capped unless the Court in its discretion determines otherwise. *See Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1135 (9th Cir. 2012); *see also* 28 U.S.C. § 2412(d)(2)(A). Supporting the hourly rate for lodestar purposes requires the presentation of evidence "that the requested rates are in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). The Ninth Circuit has held that "rate determinations in other cases [in that community], particularly those setting a rate for the [specific] attorney[s]" at issue, provide satisfactory evidence as to the prevailing hourly rate. *United Steelworkers of Am. v. Phelps Dodge Corp.*, 896 F.2d 403, 407 (9th Cir. 1990). The Court may also rely on its own familiarity with the prevailing rates. *Ingram v. Oroudjian*, 647 F.3d 925, 928 (9th Cir. 2011).

1

The hourly rates sought by Attorney Kalagian and Attorney Cho are in accordance with those the Court has awarded to them in other cases. *See* Docket No. 25 at 5-6 (listing cases).[1] Moreover, the hours documented appear to be reasonable. *See* Docket No. 25-2 at 1-2.

Accordingly, Plaintiff's motion for attorney's fees is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $5,500.

IT IS SO ORDERED

Dated: February 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff seeks to recover $150 per hour for paralegal work. The Court need not opine on that hourly rate because, even assuming a reduction is warranted, the lodestar total would still equal the $5,500 sought. *See* Docket No. 25-2.

2